IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED MULTILEVEL CONCEPTS, INC., ET AL. | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| VITAMINSPICE, INC., ET AL., | : : | 11-3718 |
| Defendants. | : | |

## **ORDER**

AND NOW, this 28th day of November, 2012, it is hereby ORDERED that Defendant's Motion for Indemnification and Advancement of Expenses from VitaminSpice (ECF No. 45) is DENIED without prejudice.

BY THE COURT:

/s/ Lawrence F. Stengel, for
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 11\11-3718 Advanced Multilevel v Bukstel\11-3718.order denying indemnification.doc.