**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ADVANCED MULTILEVEL CONCEPTS, INC., ABLE DIRECT MARKETING, INC., ESTHETICS WORLD, INC., and INTERNATIONAL BUSINESS DEVELOPMENT, INC.**<br><br>          **Plaintiffs,**<br><br>          **v.**<br><br>**EDWARD BUKSTEL, VITAMINSPICE, INC., RICHARD F. SEELIG, and DOES 1 through 30, inclusive,**<br>               **Defendants.**<br><br>**EDWARD BUKSTEL and VITAMINSPICE, INC.,**<br>               **Counter-Plaintiffs,**<br><br>          **v.**<br><br>**ADVANCED MULTILEVEL CONCEPTS, INC., ABLE DIRECT MARKETING, INC., and ESTHETICS WORLD, INC.,**<br>               **Counter-Defendants.**<br><br>          **And**<br><br>**JEHU HAND,**<br>               **Third-Party Defendant.** | **CIVIL ACTION NO. 11-3718** |

## <u>ORDER</u>

AND NOW, this 25th day of January, 2013, for the reasons set forth in the Accompanying Memorandum of Law, it is hereby ORDERED that Plaintiffs' and Third-Party Jehu Hand's Motions to Dismiss Defendants' Amended Counterclaims and Third-Party Claims (ECF 50 & 51), filed pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, are DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.