# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED MULTILEVEL CONCEPTS, INC., ET AL. | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : | |
| VITAMINSPICE, INC., ET AL., | : : : | 11-3718 |
| Defendants. | : | |

## **ORDER**

**AND NOW, TO WIT:** This 23rd day of May, 2013, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** /s/ Joanne B. Bryson
_____
Joanne B. Bryson
Deputy Clerk

cc: Dylan J. Steinberg, Esquire (dsteinberg@hangley.com)
John S. Stapleton, Esquire (jstapleton@hangley.com)
Hillard M. Sterling, Esquire (hsterling@lbbslaw.com)
Meghan E. Tepas, Esquire (mtepas@lbbslaw.com)
Jehu Hand ( U.S. Mail)