IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADVANCED MULTILEVEL CONCEPTS, INC., ABLE DIRECT MARKETING, INC., ESTHETICS WORLD, INC., and INTERNATIONAL BUSINESS DEVELOPMENT, INC.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EDWARD BUKSTEL, VITAMINSPICE, INC., RICHARD F. SEELIG, and DOES 1 through 30, inclusive,**<br><br>**Defendants.**<br><br>**EDWARD BUKSTEL and VITAMINSPICE, INC.,**<br><br>**Counter-Plaintiffs,**<br><br>v.<br><br>**ADVANCED MULTILEVEL CONCEPTS, INC., ABLE DIRECT MARKETING, INC., and ESTHETICS WORLD, INC.,**<br><br>**Counter-Defendants.**<br><br>And<br><br>**JEHU HAND,**<br><br>**Third-Party Defendant.** | **CIVIL ACTION NO. 11-3718** |

# O R D E R

**AND NOW**, this 9th day of December, 2014, after consideration of

defendant/counter-plaintiff Edward Bukstel's ("Bukstel's") Motion for 60(B)(3) Fraud on the

Court (ECF 106), Bukstel's Brief in Support of 60(B)(3) Fraud on the Court Motion (ECF 108),

third-party defendant Jehu Hand's ("Hand's") Response Brief (ECF 110), plaintiffs' Opposition to Defendant's Motion for 60(B)(3) Fraud on the Court (ECF 111), and Bukstel's Responses to Hand's and plaintiffs' Briefs (ECF 112 and 113), it is hereby **ORDERED** that defendant/counter-plaintiff Bukstel's Motion (ECF 106) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 11\11-3718 Advanced Multilevel v Bukstel\11cv3718.Order.re.MotionFor60b3Fraud.docx