IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADVANCED MULTILEVEL CONCEPTS, INC., ABLE DIRECT MARKETING, INC., ESTHETICS WORLD, INC., and INTERNATIONAL BUSINESS DEVELOPMENT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD BUKSTEL, VITAMINSPICE, INC., RICHARD F. SEELIG, and DOES 1 through 30, inclusive,<br><br>Defendants.<br><br>EDWARD BUKSTEL and VITAMINSPICE, INC.,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>ADVANCED MULTILEVEL CONCEPTS, INC., ABLE DIRECT MARKETING, INC., and ESTHETICS WORLD, INC.,<br><br>Counter-Defendants.<br><br>And<br><br>JEHU HAND,<br><br>Third-Party Defendant. | CIVIL ACTION NO. 11-3718 |

**O R D E R**

**AND NOW**, this 17th day of March, 2015, after consideration of Defendant/

Counter-Plaintiff Edward Bukstel's Motion for Reconsideration (ECF 117) and Plaintiffs'

Opposition (ECF 118), it is hereby **ORDERED** that Defendant/Counter-Plaintiff Bukstel's Motion for Reconsideration (ECF 117) is **DENIED**.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 11\11-3718 Advanced Multilevel v Bukstel\11cv3718.Order.MotionforReconsideration.2015.03.16.docx